EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Sofía Josefina Esteva Tort | 2025 TSPR 11 <br><br> 215 DPR ___ |
| --- | --- |

Número del Caso: TS-19,417

Fecha: 12 de febrero de 2025

Representante legal de la peticionaria:

    Por derecho propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Sofía Josefina Esteva Tort          TS-19,417

RESOLUCIÓN

En San Juan, Puerto Rico, a 12 de febrero de 2025.

Examinada la *Solicitud de reactivación como abogada activa en el Registro Único de Abogados y Abogadas* que presentó la Sra. Sofía Josefina Esteva Tort, se provee ha lugar. Se autoriza su readmisión al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo